M.D. Appeal Dkt.
26 MAP 2016


# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ADOPTION OF: M.R.D. AND    :   No. 19 MAL 2016
T.M.D., MINOR CHILDREN           :
                                       :
                                       :   Petition for Allowance of Appeal from
PETITION OF: M.C., NATURAL FATHER   :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of March, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1)      Whether the trial court erred in determining that [Petitioner] showed good cause under [S]ection 2901 of the Adoption Act to proceed with the anticipated adoption of the children[,] . . . contrary to the evidence and contrary to controlling precedent and law. Specifically,

(2)      Whether the trial court erred in terminating the parental rights of the [Petitioner] when the proposed adoption by maternal grandfather would not create a new, genuine, parent-child relationship and foster the creation of a new family unit.

(3)      Whether the trial court erred in determining that the anticipated adoption of the children by maternal grandfather would be in the children's best interests.

Justice Donohue did not participate in the consideration or decision of this matter.